| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Durkin, Thomas M. | 2. Court or Organization<br><br>U.S. District Court-Northern District Of Illinois | 3. Date of Report<br><br>07/21/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S.District Court Judge-active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>Dirksen Federal Building<br>219 S Dearborn<br>Chicago, Illinois 60604 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Partner- until 1/11/13 | Mayer Brown LLP |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013-2014 | recieved majority of return of partnership capital contribution from Mayer Brown LLP; remaining amount to be paid out in 2014 |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 1/2013 | salary income from Mayer Brown for first 2 weeks of January, 2013 before I resigned to be sworn in as a federal judge | $19,389.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | - hourly worker |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Mayer Brown LLP | payment for a reception following my investiture ceremony | $20,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 07/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CD Firstbank Puerto Rico | B | Interest | M | T | Buy | 02/04/13 | M | | |
| 2. CD Synovus Bank GA | A | Interest | M | T | Buy | 02/04/13 | M | | |
| 3. CD American Express Centuri | B | Interest | M | T | Buy | 02/05/13 | M | | |
| 4. CD General Electric Capital Bank | A | Interest | K | T | Buy | 06/11/13 | K | | |
| 5. CD General Electric Capital Bank | B | Interest | M | T | Buy | 02/04/13 | M | | |
| 6. ISHARES Russell 1000 Growth Fund | B | Dividend | M | T | Buy | 02/01/13 | M | | |
| 7. ISHARES Russell 1000 Value Fund | C | Dividend | M | T | Buy | 02/01/13 | M | | |
| 8. ISHARES Russell Midcap Growth Fund | A | Dividend | L | T | Buy | 02/01/13 | L | | |
| 9. ISHARES Russell Midcap Value Fund | B | Dividend | L | T | Buy | 02/01/13 | L | | |
| 10. ISHARES Gold Trust | | None | L | T | Buy | 02/01/13 | L | | |
| 11. ISHARES Silver Trust | | None | K | T | Buy | 02/01/13 | L | | |
| 12. ISHARES MSCI BRIC ETF Fund | A | Dividend | J | T | Buy | 02/01/13 | J | | |
| 13. ISHARES RS 2000 RS Growth Fund | A | Dividend | K | T | Buy | 02/01/13 | K | | |
| 14. ISHARES RS 2000 RS Value Fund | A | Dividend | K | T | Buy | 02/01/13 | K | | |
| 15. ISHARES MSCI Indonesia Fund | A | Dividend | J | T | Buy | 11/15/13 | J | | |
| 16. Chase accounts (various cash accounts) | A | Interest | M | T | | | | | |
| 17. Northern Trust account( cash account) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 07/21/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nikrud LLC | | None | J | T | | | | | |
| 19. JPMorgan Investor Growth Fund | A | Dividend | J | T | | | | | |
| 20. Investco American Franchise Fund | A | Dividend | K | T | | | | | |
| 21. Merrill Lynch Bank Deposit Program (cash account) | B | Interest | O | T | | | | | |
| 22. ISHARES Russell 1000 Value Index Fund | A | Dividend | J | T | | | | | |
| 23. JP Morgan Chase Cap XXIX preferred stock | A | Interest | | | Sold | 10/23/13 | K | | |
| 24. Michigan State Grant Anticipation Bonds | A | Interest | | | Redeemed | 09/16/13 | K | | |
| 25. New Jersey St Trans TR, NJ Revenue Muni Bond | B | Interest | K | T | | | | | |
| 26. New Jersey Economic Dev, NJ Revenue Muni Bond | B | Interest | L | T | | | | | |
| 27. Toledo Ohi Cap IMPT, OH General Obligation Muni Bond | B | Interest | L | T | | | | | |
| 28. Grapevine Texas Muni Bond | A | Interest | K | T | Buy | 12/17/13 | K | | |
| 29. Aiken Cnty SC Cons Sch Bond | A | Interest | K | T | Buy | 07/01/13 | K | | |
| 30. Eagle Garfld CO SD RE 50J Bond | B | Interest | K | T | Buy | 12/13/13 | K | | |
| 31. ISHARES MSCI Japan Fund | A | Dividend | J | T | Buy | 06/05/13 | J | | |
| 32. ISHARES Russell 1000 Growth Fund | A | Dividend | K | T | Buy | 06/05/13 | K | | |
| 33. ISHARES Russell 1000 Value Fund | A | Dividend | K | T | Buy | 06/05/13 | K | | |
| 34. ISHARES Russell Midcap Growth Fund | A | Dividend | K | T | Buy | 06/05/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 07/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ISHARES Russell Midcap Value Fund | A | Dividend | K | T | Buy | 06/05/13 | K | | |
| 36. ISHARES MSCI EAFE Fund | A | Dividend | J | T | Buy | 06/05/13 | J | | |
| 37. ISHARES Gold Trust | A | Dividend | K | T | | | | | |
| 38. ISHARES Silver Trust | A | Dividend | K | T | | | | | |
| 39. ISHARES MSCI BRIC ETF Fund | A | Dividend | J | T | Buy | 06/05/13 | J | | |
| 40. ISHARES RS 2000 Growth Fund | A | Dividend | J | T | Buy | 06/05/13 | J | | |
| 41. ISHARES RS 2000 Value Fund | A | Dividend | J | T | Buy | 06/05/13 | J | | |
| 42. ISHARES MSCI Indonesia Fund | A | Dividend | J | T | Buy | 06/05/13 | J | | |
| 43. ISHARES Russell 1000 Growth Fund | A | Dividend | K | T | Buy | 11/15/13 | K | | |
| 44. ISHARES Russell 1000 Value Fund | A | Dividend | K | T | Buy | 11/15/13 | K | | |
| 45. ISHARES Russell Midcap Growth Fund | A | Dividend | J | T | Buy | 11/15/13 | J | | |
| 46. ISHARES Russell Midcap Value Fund | A | Dividend | J | T | Buy | 11/15/13 | J | | |
| 47. ISHARES MSCI EAFE Fund | A | Dividend | J | T | Buy | 11/15/13 | J | | |
| 48. ISHARES Gold Trust | | None | J | T | Buy | 11/15/13 | J | | |
| 49. ISHARES Silver Trust | | None | J | T | Buy | 11/15/13 | J | | |
| 50. ISHARES MSCI BRIC ETF Fund | A | Dividend | J | T | Buy | 11/15/13 | J | | |
| 51. ISHARES RS Growth Fund | A | Dividend | J | T | Buy | 11/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 07/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ISHARES RS 2000 Value Fund | A | Dividend | J | T | Buy | 11/15/13 | J | | |
| 53. Richland Cnty SC Muni Bond | A | Interest | K | T | Buy | 12/17/13 | K | | |
| 54. Eagle Garfld Co SD RE50J Bond | A | Interest | K | T | Buy | 12/13/13 | K | | |
| 55. University Tex Univ Revs Fing Series B Bonds | A | Interest | | | Redeemed | 08/15/13 | K | | |
| 56. Freeprt Mcmran CPR & GLD | B | Dividend | | | Sold | 10/23/13 | K | | |
| 57. Goldman Sachs Group Senior Notes | B | Interest | | | Sold | 10/23/13 | K | | |
| 58. Los Angeles Calif Uni Sch Dist Election A | B | Interest | | | Redeemed | 07/01/13 | K | | |
| 59. JPM Chase Cap Tr XI CLD Cum Def Int Cap | A | Interest | | | Redeemed | 05/08/13 | K | | |
| 60. ISHARES Russell 1000 Growth | A | Dividend | | | Sold | 11/22/13 | M | E | |
| 61. ISHARES Russell 1000 Value | A | Dividend | | | Sold | 11/22/13 | M | E | |
| 62. ISHARES Russell Midcap Growth | A | Dividend | | | Sold | 11/22/13 | L | D | |
| 63. JPM IT COR BD 1 | D | Dividend | L | T | | | | | |
| 64. JPM IT EQ INDX 1 | B | Dividend | K | T | | | | | |
| 65. JPM IT INTREPID GR 1 | B | Dividend | J | T | | | | | |
| 66. JPM IT INTREPID MDCAP 1 | B | Dividend | J | T | | | | | |
| 67. JPM IT MDCAP GR1 | C | Dividend | K | T | | | | | |
| 68. JPM IT US EQ 1 | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 07/21/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73.  ISHARES RS 2000 Growth | A | Dividend | | | Sold | 11/22/13 | K | D | |
| 74.  ISHARES RS 2000 Value | A | Dividend | | | Sold | 11/22/13 | K | C | |
| 75.  ISHARES Russell Midcap Value | A | Dividend | | | Sold | 11/22/13 | L | D | |
| 76.  ISHARES MSCI EAFE | A | Dividend | | | Sold | 11/22/13 | L | C | |
| 77.  ISHARES MSCI Japan Fund | A | Dividend | J | T | Buy | 11/15/13 | J | | |
| 78.  ISHARES MSCI Indonesia Fund | A | Dividend | K | T | Buy | 02/01/13 | L | | |
| 79.  AUD Australian Govt, Australian Bond Taxable | B | Interest | K | T | | | | | |
| 80.  Cocoa Fla WTR&SWR REV, FL Revenue Muni Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 07/21/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Durkin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544